IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MELISSA JO VIRGIN,

    Plaintiff,

  v.

Case No. 18-cv-85-jdp

NANCY BERRYHILL,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant affirming the decision of Nancy A. Berryhill, acting commissioner of the Social Security Administration, denying the benefits to plaintiff Melissa Jo Virgin and dismissing this case.

| /s/ | 2/25/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |